11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Bradley Ehrke,                    * From the 104th District
                                           Court of Taylor County,
                                           Trial Court No. 18109B.


Vs. No. 11-11-00248-CR                   * September 30, 2013


The State of Texas,                      * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is
no error in the judgment below.  Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.